```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ELLA JACKSON<br>xxx-xx-5504<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE[1]<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No: CIV-06-2028 CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from April 12, 2007 to May 11, 2007. This is plaintiff's first extension and is required due to the fact that plaintiff's attorney will be out of the country from April 5, 2007 to April 14, 2007.

/ / / /

/ / / /

/ / / /

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

| | |
|---|---|
| Dated:  March 21, 2007 | */s/Bess M. Brewer* <br>**BESS M. BREWER** <br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: March 21, 2007 | McGregor W. Scott |
| | United States Attorney |
| | By: */s/ Armand Roth* |
| | ARMAND ROTH |
| | Special Assistant U.S. Attorney <br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   March 26, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2